FLOOD, Respondent, vs. PABST BREWING COMPANY, imp., Appellant.

*October 28—November 17, 1914.*

*Flood v. Pabst B. Co., ante,* p. 626, followed.

APPEAL from an order of the circuit court for Milwaukee county: OSCAR M. FRITZ, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Quarles, Spence & Quarles,* attorneys, and *I. A. Fish,* of counsel, and oral argument by *Mr. Fish.*

For the respondent there was a brief by *Hennessey & Hennessey,* attorneys, and *Vincent D. Hennessey,* of counsel, and oral argument by *V. D. Hennessey.*

·KERWIN, J. This action was brought by the father of Annette Flood to recover his damages based upon the same state of facts set out in *Flood v. Pabst Brewing Co., ante,* p. 626, 149 N. W. 489, therefore is ruled by the decision in that case.

*By the Court.*—The order appealed from is affirmed.